476 A.2d 96

Rush v. Cassel, Appellant.

 Argued March 13, 1984. James McGarrity, for appellant; Jerome B. Nulty, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Affirmed.

WIEAND, J., concurred in the result.